IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | NO. 3:00-CR-00008-G (06) |
| CEDRIC RAY TATUM, § | |
| § | |
| Defendant. § | |

# ORDER ADOPTING REPORT AND
# RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court referred the request for revocation of the Defendant's supervised release to United States Magistrate Judge Renée Harris Toliver for consideration. The court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. *See* docket entry 303. The Defendant waived allocution before this court and waived his right to object to the Report and Recommendation.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of (51) fifty-one months, with no additional term of Supervised Release to follow.

The court recommends that the Defendant be allowed to serve his sentence at Bureau of Prisons facility in the Dallas-Fort Worth area, or FCI Texarkana, Texarkana, Texas.

**SO ORDERED.**

January 26, 2021.

///signature: A. Joe Fish///

**A. JOE FISH**
**Senior United States District Judge**